## GRIMSBY, ADMINISTRATOR, *vs.* HUDNELL.

EQUITY, FROM CLAY. Statute of Limitations. Infancy. Guardian and Ward. Auditors.
Practice in Supreme Court. (Before Judge Clarke.)

Blandford, J.—1. Where the legal title is in an excutor, administator
or trustee, and the beneficial interest is in an infant, if the former is
barred by the statute of limitations, the latter also is barred; and if the
legal title were in a guardian and the beneficial interest in the cause
of action were in a infant, perhaps the same rule would apply, but
where the title or right of action is in the infant, although the guardian
might maintain the action in the infant's name, the bar of the statute
would not attach until the lapse of the period prescribed by the statute
after the termination of the minority. 51 Ga., 142; 43 Id., 288, 290; Code,
§§2926, 2927.

2. Where there were filed a number of exceptions to an auditor's
report, but the last three fully embraced the others and went to the
entire report, and the case could have been, and doubtless was, fully

tried on those exceptions, there was no error in striking the others on demurrer.

Judgment affirmed.

John C. Wells; A. Hood & Son, by J. H. Lumpkin, for plaintiff in error.

G. W. Warwick, W. D. Kiddoo, for defendant.